**UNITED STATES of America, Petitioner–Appellee,**

**v.**

**James Dow VANDIVERE, Respondent– Appellant.**

No. 15–7427.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

James Dow Vandivere, Appellant Pro Se. G. Norman Acker, III, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Robert J. Dodson, Special Assistant United States Attorney, Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Dow Vandivere seeks to appeal the district court's denial of his pro se motion for summary judgment in the civil commitment proceedings against him. The Government has moved to dismiss the appeal for lack of jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Vandivere seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the Government's motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*